*William L. Standard* for petitioner. *Walker H. Nye* and *Arnold F. Bunge* for respondent.

No. 1210. GINSBURG *v.* SACHS ET AL. June 3, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Paul Ginsburg, pro se. Louis Caplan* for respondents.

No. 1228. BISHOP *v.* BANKERS BUILDING, INC. June 3, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Howard F. Bishop, pro se.*

No. 1239. SYLVANIA INDUSTRIAL CORP. ET AL. *v.* LIBBEY-OWENS-FORD GLASS CO. June 3, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Charles H. Howson, Dexter N. Shaw* and *William A. Smith, Jr.* for petitioners. *Alan N. Mann, William D. Burrows* and *Stuart S. Wall* for respondent.

No. 1090. CAROTHERS, DOING BUSINESS AS ALLRIGHT AUTO PARK, ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. June 3, 1946. Porter substituted as the party respondent. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Walter F. Brown* for petitioners. *Solicitor General McGrath, John R. Benney* and *Milton Klein* for respondent.